JOHN HOLDSWORTH and HARRY HOLDSWORTH, Copartners, etc., Plaintiffs, Appellants, Respondents, and PROSE MACO MANUFACTURING Co., Intervening Plaintiff, Appellant, Respondent, v. BROOKLYN TECH COMPLETION CORPORATION and Others, Defendants, Respondents, Appellants, Impleaded with Others.— Judgment and order, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of RICARDO M. DE ACOSTA, an Attorney, Respondent.— Motion granted and the period of suspension reduced to seven months. That time having expired, respondent is reinstated to practice. [See 249 App. Div. 191.] Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

## SECOND DEPARTMENT, JULY, 1937.
## (July 2, 1937.)

WENDELL GRUBER, Appellant, v. WILBUR F. WILSON, Defendant, and FRANKLIN WILSON, Respondent.— The decision of this court handed down on June 18, 1937 [*ante*, p. 845], is hereby amended to read as follows: Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

MORRIS HOCHEN, Respondent, v. BROOKLYN BUS CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.